FILED

JUN 13 2007

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 03CR1331 R |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| vs. | |
| ERIC WETSMAN, | |
| Defendant. | |

Having reviewed the parties' joint motion and good cause appearing, the joint motion for early termination of supervised release is hereby granted. Eric Wetsman's supervised release shall be terminated forthwith.

**IT IS SO ORDERED.**

DATED: 1/12 ,2007

JOHN S. RHOADES, SR.
United States District Judge

cc:   All parties